1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

| | |
|---|---|
| CHARLES FORDJOUR,                    ) | 1:09-cv-00060 OWW YNP [DLB] (HC) |
|                           )              | |
| Petitioner,              ) | |
|                           )              | |
|                           )              | ORDER VACATING FINDINGS AND |
| v.                        ) | RECOMMENDATION DATED JUNE 8, |
|                           )              | 2009. |
|                           )              | |
| KINGS COURNTY SHERIFF CHRIS  ) | |
| JORDAN, et al.,             ) | |
|                           )              | |
| Respondents.            ) | |
|                           )              | |
|                           )              | |

17

18     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

19  pursuant to 28 U.S.C. § 2254.

20     The Magistrate Judge issued a Findings and Recommendation (F&R) on June 8, 2009, that

21  recommended the petition be dismissed.  (Doc. #10.)  Petitioner filed objections to the F&R on July

22  13, 2009.  (Doc. #13.)  This Court issued an order adopting the F&R on September 21, 2009.  (Doc.

23  #14.)  However, the appellate court vacated the order and remanded the matter back to the district

24  court for consideration of Petitioner's objections and a new order regarding the Magistrate Judge's

25  F&R.  (Doc. #19.)

26     After considering Petitioner's objections to the F&R, claiming that the Court misunderstood

27  the grounds alleged in the petition, the Court hereby VACATES the June 8, 2009, F&R and will

28  issue new findings and recommendations to the District Court Judge in line with the grounds claimed

1    in the petition for writ of habeas corpus.

2          Accordingly, it is HEREBY ORDERED that the Findings and Recommendation issued June

3    8, 2010 (Doc. #10) are VACATED.

4

5          IT IS SO ORDERED.

6          Dated:   **April 1, 2010**          _____**/s/ Dennis L. Beck**_____

7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28