UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR,<br><br>        Petitioner,<br><br>  v.<br><br>KINGS COUNTY SHERIFF CHRIS JORDAN, et al.,<br><br>        Respondents. | 1:09-cv-00060-OWW-SKO-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PETITIONER'S MOTIONS FOR IMMEDIATE RELEASE, ISSUANCE OF AN ORDER TO SHOW CAUSE, IMMEDIATE RELEASE, AND INJUNCTIVE RELIEF (DOCS. 23, 6, 7) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus ostensibly pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.

    On June 29, 2010, the Magistrate Judge filed findings and recommendations that the Court deny Petitioner's motions for immediate release, immediate release on his own recognizance, issuance of an order to show cause, and injunctive relief.  These findings and recommendations were served on all parties.  On August 10, 2010, Petitioner mailed untimely objections (Doc. 25,

1

4) that were filed in this Court on August 16, 2010.  The Court has nevertheless considered the objections filed by Petitioner.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. The undersigned has carefully reviewed the entire file and has considered the objections; the undersigned has determined there is no need to modify the findings and recommendations based on the points raised in the objections.  The Court finds that the report and recommendation is supported by the record and proper analysis.

Accordingly, it is hereby ORDERED that:

1. The Findings and Recommendations filed on June 29, 2010, are ADOPTED in full; and

2. Petitioner's motions for immediate release, immediate release on his own recognizance, issuance of an order to show cause, and injunctive relief are DENIED. IT IS SO ORDERED.

**Dated:    August 20, 2010**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

2